No. 775, Misc.  Cross v. Supreme Court of California et al.  Motion for leave to file petition for writ of mandamus denied.  Petitioner *pro se.*  *Stanley A. Mosk,* Attorney General of California, *Willard A. Shank* and *John Fourt,* Deputy Attorneys General, and *Spencer M. Williams* for respondents.

No. 833.  Blackburn v. Alabama.  Court of Appeals of Alabama.  Certiorari granted.  *W. H. Mitchell, Jr.* and *Truman Hobbs* for petitioner.  *MacDonald Gallion,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 859.  United States v. Republic Steel Corp. et al.  C. A. 7th Cir.  Certiorari granted.  *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.  *Paul R. Conaghan* for Republic Steel Corp., *Peter A. Dammann* for International Harvester Co., and *Raymond T. Jackson, Warren Daane* and *Henry E. Seyfarth* for Interlake Iron Corp., respondents.

No. 858.  United States v. Kaiser.  C. A. 7th Cir.  Certiorari granted.  *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.  *Max Raskin, Harold A. Cranefield* and *Joseph L. Rauh, Jr.* for respondent.

No. 847.  Century Industries, Inc., v. Wieboldt Stores, Inc., et al.  C. A. 7th Cir.  Certiorari denied.  *James R. McKnight* for petitioner.  *Warren C. Horton* for respondents.